UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE HAYWOOD,<br><br>       Plaintiff,<br><br>-against-<br><br>THE COUNTY OF WESTCHESTER, JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4,<br><br>       Defendants. | 1:19-CV-5621 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 24, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice. Because the complaint makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  January 24, 2020
    New York, New York

                     COLLEEN McMAHON
                     Chief United States District Judge